IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Matters Involving Lawrence W. Willis     :     Miscellaneous No. 19-204JAD
Regarding Chapter 13 Trustee's Motions:     Chapter 13
For Disgorgement of Fees, Motions to    :
Compel and Related Filings    :

## TRUSTEE'S REPORT TO THE COURT

Ronda J. Winnecour, Chapter 13 Trustee, by her undersigned counsel, respectfully represents the following:

1. This miscellaneous proceeding was initiated by Order on May 13, 2019, following the filing of numerous motions to disgorge and motions to compel against Attorney Lawrence W. Willis.

2. At a hearing on July 24, 2019, the Court requested that the Trustee file a report identifying the status of each of the cases vis-à-vis the fees disgorged.

3. The filing fees in all of the identified cases have now been paid to the Bankruptcy Clerk, whether by direct payment by Attorney Willis or through the Chapter 13 Trustee.

4. The following cases had previously been dismissed, then reopened, the fee disgorged and paid, with remaining sums on hand:

   a. Patricia Laniewicz -- 18-10727
   b. Barry and Ashley Sipes -- 17-70667
   c. Ashley Detwiler -- 17-70896
   d. Andrew Fredericks -- 18-20401
   e. Jonathan and Kelly Moore -- 18-23085
   f. Greg Guzzie, Jr -- 18-23853
   g. Kevin McCracken/Faith Baker -- 18-20059
   h. Keith and Gina Stafford -- 18-23767
   i. Valorie Tunstall -- 14-23624
   j. Rebecca Graham -- 14-24463
   k. Lisa Boyd -- 14-22267

5. The Trustee has on hand the sum of $171.00 in each of the cases described in paragraph 4 ($500.00 minus $310.00 filing fee minus $19.00 trustee's fee = $171.00) and recommends that the balance on hand be refunded to each of the affected debtors.

6. In the following case, funds of $171.00 remain on hand, the case was previously dismissed and reopened for disgorgement, but the Trustee found another previous case in which the filing fee remains unpaid. Therefore, the Trustee has, by separate motion, requested permission to use the $171.00 for that purpose: a)  Saxman 18-23488 $171.00 on hand to pay b) Saxman 17-24464.

7. The Trustee will file amended reports of receipts and disbursements in each of the affected cases previously dismissed, i.e., the cases described in paragraphs 4 and 6.

8. The following cases are still active, the fee disgorged and subsequently paid, with a remaining sum of $171.00 on hand with (combined with other plan payments) but reserved.

> a. Michael Cephas -- 19-20444
> b. Michael and Barbara Smith -- 19-20239
> c. John Pecze, Jr -- 19-70019
> d. Rocky and Norma Goldizen -- 19-70036
> e. Thomas, II and Pamela McGinnis -- 17-22846
> f. James and Sharon Doman -- 18-22823
> g. Kevin and Kerrie Hardt -- 19-20240
> h. Kimberly Bibey -- 19-20327
> i. Julia Bray -- 18-22824
> j. Jeremy and Melissa Isacco -- 19-20192
> k. Neal McDowell -- 19-20322
> l. Lewis C. Ouzts, Jr. -- 19-20436

9. The Trustee recommends using the $171.00 as plan funding, with no increase in the plan base, for each of the cases in paragraph 8.

10. The Trustee has withdrawn the Motions to Disgorge in the following cases, and intends to refund the sum of $500.00 to Mr. Willis in each:

> a. Dawn L. Greygor – 19-20323
> b. Birch and Sherrie Foley – 19-20098

WHEREFORE, the Trustee so reports to the Court.

                                RONDA J WINNECOUR,
                                CHAPTER 13 TRUSTEE

08/02/2019                        by      /s/ Jana S. Pail
                                              Jana S. Pail (PA I.D. #88910)
                                              Attorney for the Chapter 13 Trustee
                                              U.S. Steel Tower – Suite 3250
                                              600 Grant Street
                                              Pittsburgh, PA  15219
                                              (412) 471-5566
                                              jpail@chapter13trusteewdpa.com