IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  
Matters Involving Lawrence W. Willis     :     Miscellaneous No. 19-204JAD  
Regarding Chapter 13 Trustee's Motions:     Chapter 13  
For Disgorgement of Fees, Motions to    :  
Compel and Related Filings              :  
                                        :

## JOINT CERTIFICATION REGARDING COMPLIANCE WITH ORDER

Ronda J. Winnecour, Chapter 13 Trustee, by her undersigned counsel, and Lawrence Willis, Esquire, do certify the following:

1. Lawrence Willis and Jana Pail, counsel for Trustee, met and conferred on November 4, 2019.

2. Lawrence Willis and the Trustee certify that the Trustee complied with subparagraph 1 of the Order (Doc. 26) by paying the Clerk the filing fees in each of the affected cases.

3. Lawrence Willis and the Trustee certify that the Trustee will file a Consent Order directing the Trustee to refund or apply funds in order to comply with subparagraph 2 of the Order (Doc. 26), parsing out treatment for each case. The Trustee is prepared to refund or apply funds in the November 2019 distribution cycle.

4. Lawrence Willis and the Trustee certify that Lawrence Willis complied with subparagraph 3 of the Order (Doc. 26) and provided to the Trustee copies of the checks to each of the 42 affected debtors.

5. Lawrence Willis and the Trustee certify that Lawrence Willis complied with subparagraph 4 of the Order (Doc. 26) by repaying to the Trustee all of the reopening fees due.

WHEREFORE, the parties do so certify.

RONDA J. WINNECOUR,
CHAPTER 13 TRUSTEE

Date:  11/04/19  by   __/s/ Jana S. Pail_____
Jana S. Pail - PA I.D. #88910
Attorney for Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA  15219
(412) 471-5566
jpail@chapter13trusteewdpa.com