IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

Matters Involving Lawrence W. Willis     :     Miscellaneous No. 19-204JAD
Regarding Chapter 13 Trustee's Motions:        Chapter 13
For Disgorgement of Fees, Motions to     :
Compel and Related Filings               :
                                         :
                                         :

## CONSENT ORDER DIRECTING TRUSTEE TO REFUND AND/OR APPLY FUNDS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.     The parties filed a Joint Certification as to compliance with the Order at Doc. 26.

2.     Included in the Order is a directive to refund or apply funds on hand in the affected Miscellaneous Proceeding cases.

3.     The Trustee desires an Order clarifying the specific disposition of funds in each case.

4.     Lawrence Willis desires refunds and applications of funds in each case, including the refund to Mr. Willis in 2 of the affected cases.

5.     By agreement of the parties, the Trustee shall refund to debtors the sum of $171.00 in each of the following previously dismissed cases in the November 2019 distribution cycle, or the next cycle practicable, and thereafter file an amended Report of Receipts and Disbursements:

a. Patricia Laniewicz -- 18-10727

b. Barry and Ashley Sipes -- 17-70667

c. Ashley Detwiler -- 17-70896

d. Andrew Fredericks -- 18-20401

e. Jonathan and Kelly Moore -- 18-23085

f. Greg Guzzie, Jr -- 18-23853

g. Kevin McCracken/Faith Baker -- 18-20059

h. Keith and Gina Stafford -- 18-23767

i. Valorie Tunstall -- 14-23624

j. Rebecca Graham -- 14-24463

k. Lisa Boyd -- 14-22267

l. Constance Saxman 18-23488

6.      By agreement of the parties, the Trustee shall apply the remaining $171.00 in

each of the following affected cases as plan funding, with no increase in the plan base:

 a. Michael Cephas -- 19-20444

b. Michael and Barbara Smith -- 19-20239

c. John Pecze, Jr -- 19-70019

d. Rocky and Norma Goldizen -- 19-70036

e. Thomas, II and Pamela McGinnis -- 17-22846

f. James and Sharon Doman -- 18-22823

g. Kevin and Kerrie Hardt -- 19-20240

h. Kimberly Bibey -- 19-20327

i. Julia Bray -- 18-22824

j. Jeremy and Melissa Isacco -- 19-20192

k. Neal McDowell -- 19-20322

l. Lewis C. Ouzts, Jr. -- 19-20436

7.      By agreement of the parties, the Trustee shall refund the sum of $500.00 in each

of the following cases in which the Trustee withdrew her Motion to Disgorge:

a. Dawn L. Greygor – 19-20323

b. Birch and Sherrie Foley – 19-20098

BY THE COURT:

_____

UNITED STATES BANKRUPCY JUDGE

Consented to


/s/ Jana S. Pail
Jana S. Pail – PA I.D. #88910
Attorney for the Trustee
Suite 3250-U.S. Steel Building
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com


/s/ Lawrence W. Willis
Lawrence W. Willis, Esquire
Willis & Associates
201 Penn Center Blvd Suite 310
Pittsburgh PA 15235
412-235-1721
ecf@westernpabankruptcy.com